# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 97 CR 638 - 1 | **DATE** | 5/2/2001 |
| **CASE TITLE** | USA vs. Melodie Kipta | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. Because Kron has provided no reason at all to support his request to have access to sh an inherently confidential document, his application is denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| ✓ | Notices mailed by judge's staff. | MAY 0 3 2001 |
| | Notified counsel by telephone. | date docketed |
| | Docketing to mail notices. | |
| | Mail AO 450 form. | docketing deputy initials |
| | Copy to judge/magistrate judge. | 5/2/2001 date mailed notice |
| SN | courtroom deputy's initials | SN mailing deputy initials |
| | Date/time received in central Clerk's Office | |

UNITED STATES OF AMERICA, )
)
          Plaintiff, )
)
v. ) No. 97 CR 638-1
)
MELODIE KIPTA, )
)
          Defendant. )

## MEMORANDUM ORDER

Thomas Kron ("Kron"), who is apparently serving a sentence imposed for his commission of a state crime in Texas, has submitted a handwritten self-prepared document captioned "Application for Public Record, U.S.C. 5 sec. 552 Freedom of Information Act," in which he requests that he be provided a copy of the Presentence Investigation Report ("PSI") that had been prepared for, and that this Court had utilized in connection with, the sentencing of Melodie Kipta on a charge of bank fraud. But what Kron obviously does not realize is that no lesser authority than the United States Supreme Court has squarely confirmed that no third party such as Kron is to be given access to another person's PSI, at least "in the absence of a compelling demonstration that disclosure of the report is required to meet the ends of justice" (United States Dep't of Justice v. Julian, 486 U.S. 1, 12 (1988)).

Indeed, Julian was decided in the express context of a request for disclosure of a PSI under the Freedom of Information

Act. And because Kron has provided no reason at all to support his request to have access to such an inherently confidential document, his application is denied.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 2, 2001